Turn to the next matter on today's argument calendar Peralta v. City of New York 27 to Circle a place the court case you could he appears for the appellant This is a malicious prosecution case in which the district court Misadvised or misled in its jury instructions to the instructions to jury Misled the jury with respect to two critical elements of the malicious prosecution claim the first element is the initiation or continuation of the underlying criminal prosecution and the second element that the court Are modeled in in giving its instructions to the jury or start a favorable termination Let me deal with favorable termination first because it is simple and straightforward There's evidence that There was a bench trial at the criminal court At the end in which witnesses testified including officer Gleimer at the end of it the court Acquitted mr. Peralta that acquittal Under New York law is favorable termination of the criminal proceeding in favor of mr Peralta and the court should have as the judge of the law The district court should have instructed the jury that that Unconstituted favorable termination that you wanted you wanted the district court just test still To instruct the jury that your client had legally established that element as well as another element. Is that correct? That is correct, but Rather if you read the totality of the jury instruction, you get the impression that it wasn't established It was still there. That is if you read the The complete instructions of the jury, I'm sorry of the judge to the jury Can I just ask you I think I'm reading the instructions that the court gave Sure, and I think he said quote acquittal is considered a favorable termination Correct. Okay, so he told them that so it seems to me that You know, he gave the jury the ability the quite clear ability to figure that out for themselves not in a way that was Obscure or or would mislead them. But what about the assault charge? Because that was not That was not something that ended with an acquittal, correct I Thought that was dismissed by the prosecutors Yes, but what one ended in an acquittal the demolition Prohibition is based on the trial on what was tried. The only reason the it's clear the only reason the Prosecutor dismissed the charges. They knew they could not establish it. It was clear to them. It does not just Yeah, I thought the record showed that among the reasons Given by the prosecution for dismissing that assault charge was that your client had no prior criminal history Isn't that correct? No, that's That's not it. It's The principle the principle reason for that is it's a felony charge. The principle reason for that is that they could not establish it Well, they couldn't prove it beyond a reasonable doubt But I thought they also noted that he had no criminal record and I guess at that point Why does that not become a jury issue? And Maybe and maybe the jury was entitled to decide for your client. What? Judge to decide whether a dismissal by the prosecutor is by definition always and everywhere a favorable termination Your honor, but that was not before the jury. That was not the issue before the jury What was before the jury was the trial at the end of the day when the criminal case ended How did it end? That was the issue? But you're saying that your claim was premised only on the charge that went to trial and you were not making any claims based on the Count that have been dismissed is not at all. Okay not at all, so I Sorry, let me let me ask you then just to go back So You were not asking the district court to instruct the jury as to your theory of the case Is that fair to say what you're really asking for as I understand it was That the district court just take those issues at least of favorable termination and maybe also initiation Off the table out of the jury's hands and To refuse to instruct the jury as to the defendants theory of the case on those issues. Is that correct? That's correct, but in addition to that if you read your instructions, for instance the judge dwelling on oh, it's a prison it's Prosecutors and DAs Presumably commence Prostitutions Given the facts and the case that will only go to confuse as far as they were concerned. They thought if you read Let me ask you a procedural question and it relates to rule 50 can It is Is an appellant in this case you your client Able to challenge a district court submission of a given claim or defense to the jury as I think you are doing Without having made a rule 50 motion for judgment as a matter of law. No, we're not challenging We are not challenging giving the claim to the jury Um It's a malicious prosecution claim. We're not saying it shouldn't be given to the jury. I've just because But it's we're saying that the elements for a given element Matters of law and the judge is the judge of law. We're Not properly given to the jury. They were not properly explained to the jury. It's a Close reading of the Jury instructions. It's like I mean, it's it was just moving all over the place. Thank you. Did you ever did you ever? Renew your request for relief in connection with these these elements in before just Castile Oh, yes, I mean, let's say we Actually objected before the before no, but after after after after the Refusal to give that instruction. Did you renew your objection? Did you make a rule 50 B motion? I? Do not make a motion And at the charge for the final charge conference the judge distributes the charge. Did you object at that point? I sent a memorandum But I'm talking about after that so you submit your memorandum on February 6th Then on February 4th, the district court distributes the final instructions and it looks to me like when the district court distributes It's proposed final instruction. You do not object then. Is that correct? no, the the Well, unfortunately, we don't have the transcripts of the proceedings I just I kept I Made it clear that my objections distance that I wasn't moving away from my objection I made it clear. I did not agree. There's nothing to show that I agreed with what was fine It's it's not it's not that there's nothing to show that you didn't you agreed. It's did you object? I did After after the Continued to object. The only thing I didn't do is I did not make a rule 50 motion But I continue to object to the terms the wording of the jury instructions I understand what you're saying when you say you continue to object. Did you verbally tell the court when it? Distributed the proposed written charge or when it gave its instruction. I object on this. I did what I said was my previous Objection still stand Is that in the record somewhere what would I look to to see that Well, unfortunately, we don't have the transcripts Of that particular we don't have other than the jury instructions themselves. We do not have the transcripts of the back and forth that's the When you say you don't have the transcripts Sorry around you When you say you don't have the transcripts, so you don't you can't point us to anything in the record It shows that you objected. No Okay. All right Why don't we hear you've reserved mr. Coley two minutes for rebuttal so we'll we'll hear from this flawless Good morning, your honors may it please the court Diana lawless on behalf of the appellees here I hear that the plaintiff is not entitled to a new trial your honor asked Appellant twice. Were you really asking to take these elements away from the jury? The answer is yes But he still purports that the challenges to the jury instructions no matter what he says this really he's asking for an instruction Of a finding in his favor on the elements of favorable termination initiation Those are arguments for judgment as a matter of law on those elements preservation requires a rule 50 motion for judgment as a matter of law pre verdict and To be renewed post verdict and then the skin. I'm sorry just on this on this point. It was kind of interesting I mean, I looked at your the cases that you cited about this It didn't seem to be cases like this one where? What happened was somebody requested a jury instruction because that is ultimately what he said. I mean he wanted the jury to be instructed Something right the cases that you cite don't seem to involve that they actually seem to involve Improperly preserved rule 50 motions. Do you have a case that involves something like this? Somebody asked that the jury be instructed a particular thing and the court says You actually had to have made a motion for judgment as a matter of law not requested a jury instruction Oh your honor. I believe the closest one is probably it's a summary order So, I don't know if it's really how much it's gone into in the decision-making process Ortiz case that I cite I believe it's a similar situation to this where the it was the issue was whether or not the jury Should have been instructed on I believe that was Portions of a or of elements on a false arrest claim. You're saying that there is no presidential authority That we have of these that forecloses forecloses this attempt to in your view Avoid rule 50 by attacking the courts failure to instruct the jury that he satisfied these two elements No, you're not saying I'm saying I don't think there's something that's that's the court states It exactly like in the words that it is in this case but certainly the precedent says that if you are asking in rule 50 itself if you're asking to take the claim away from the jury If you're asking to take something away from the jury, then that's for judgment as a matter of law I don't know if there's a way that it can be reworded so that just by saying I Didn't want an instruction on this element is something different than I wanted a finding in my favor on this element And that is what the case law all I feel in this court's case law makes clear Well, let's assume for the sake of argument that he preserved it this argument my understanding of how this trial went forward was that the militia prosecution claim related to the initiation of Prosecution which which started with two charges and those two charges followed different routes and ended in different ways one ended with well being subbed down with an acquittal and then the assault was simply dismissed by the prosecutor and When I looked at the jury charge, I saw that the district court instructed the jury about both of them And also said and I instruct you that acquittal is a favorable termination so Is is it let me just ask you is my premise in your view, correct? That the trial that the claim and as it went to trial related to both of those Those charges that were initiated purportedly by the officer That's how we read it. Your honor. We believe your premise is correct that yeah under the law of the circuit First of all, the jury was it was definitely partially resolved in his favor, right because we conceded that the favorable termination came from the dismissal of the charge that was tried it before a bench trial, but the law of the circuit is also that You must separately charge and separately analyze charges to be claimed to be maliciously prosecuted. So nothing not only Was nothing I mean it was good right for the the plaintiff that the jury said by the way This ended this way that the prosecutor chose not to go forward But the plaintiff didn't put anything on that and I think your honor was pointing to before wasn't there reasoning? About why the the prosecutor did this and I would just point out that that actually never came in in The jury trial what happened was I believe that the plaintiff here put in his summary judgment papers into this record on appeal as well Never at any point Putting anything I believe other than the criminal disposition and it was actually the district judge who said by the way, though They decided not to prosecute the other charge earlier on and yes, it says the same prosecution and yes There was a bench trial and that ended the acquittal and acquittal is a favorable termination I see can I ask another question and I don't know whether this matters But I understand that the Supreme Court recently granted certain another case. I guess it's a Thompson To deal with a circuit split about I Guess to put it one way who bears the burden of showing favorable termination in the sense that I think the way it's framed is whether the finding required is that a plaintiff must show That a criminal proceeding has formally ended in a manner not inconsistent with his innocence or in the formulation we use which is whether the proceeding ended in a manner that affirmatively indicates his innocence So I guess my my ultimate question is does that matter that the Supreme Court granted? Sir, is that the sort of thing that should lead us to I don't know hold this case for a while to wait and see What the Supremes do next term or in your view? Whether because it wasn't raised below or for some other reason You don't think that the cert grant has any bearing on what we're doing today I know your honor. I don't think the cert grant has any bearing on what we're doing today That is a case as runners know that is also handled by my office. I have not been directly involved in it I can't I'm not ready to discuss all the issues But the I think the procedural posture there is very different and just the way that favorable termination is raised here I think also any further rulings of the Supreme Court would not I don't know what bearing it would be especially here with the way the plaintiff frames the case and I think that your honors would say that the that we're here guided by the way that in Lannan that this court has stated who bears the burden in Providing in approving this element. So I do not think particularly here where also I will note I know you said a suit we're having this whole discussion assuming this is all preserved The issue of favorable termination Was just never presented as something that was objected to in the district court at all So it would be very very hard To get there. There was no even written objection initiation can say there at least it wasn't written objection to the jury instruction There wasn't one here on favorable termination other than I think his written of his written Proposed instruction said you should instruct there are four elements There was never any written objection or any objection to the favorable termination elements presented So I think it'd be a a stretch to say that this case would need to be held to determine anything That wasn't raised here at all to this Bearing on what the Supreme Court would have to say about the favorable termination element in different context in the Thompson case We saw this as a straight rule 51 jury instruction issue as opposed to rule 50 problem as you presented Would you still prevail I would still prevail and still prevail because Favorable termination was never presented. That would be plain error. And for the reasons that we just discussed. It's at least you know a question in this circuit of Whether or not the charges have to be Emily separately analyzed the case There's a thought as it is but there's no really direct case that kind of has presented it this way about with the Prior dismissed elements in the one that was here ended in an acquittal at a trial So I don't think this there's clearly no plain error. There would be no Reason or need to move the needle either way on that law on the circuit in this case for initiation, it's a preserved it's preserved to the extent that he says that There should not have been a jury instruction initiation. You would have to show for preserved your instruction You view the charge as a whole for present prejudicial error, and I think the way that the instructions went To the court here. I don't I don't see that there is I clearly don't see this prejudicial error but I don't know if the plaintiff explains what the prejudicial error would be and then he kind of has a Subchallenge to that which is definitely purely we say a jury instruction Challenge that the prosecutors presumptively use independent judgment initiating that I'm sorry just on the So those are the written objections that you're describing right those are the written objections on February 6th, right? Okay, so then there's a then after those written objections are submitted the court submits a new written jury charge in court Right on February 4th. Yes, then The court discusses those instructions with counsel. Yes This is on page j a 500 the court solicits any further objections and at no point at that charge conference Is this objection or any of these objections raised? Is that correct? Yes. I agree with your honor And I personally was not trial counsel My adversary was but I believe but for me that's the I believe that's the charge conference and at that point There was a dispute I think about another element about malice We had no objection and I believe on 501. He said his only comment 500 to 501 his only comment was about malice and he didn't say anything again after that So I would say that is I believe that that's what the charge conference was. That's the charge conference We have the transcript of that in record but There yes, if it's you know, if all this is taken as a rule 50 issue there's no manifest injustice to the record in the record if these two things are taken as a jury instruction issue no plain error on favorable termination I think that there is no prejudicial error offer Or explain or that can be determined about initiation and then just the one issue that we do believe is a separate issue But a jury charge issue was about the presumption of independent judgment I believe that's all we believe that's plain Eric has never specifically said that Am I am I right just to figure out maybe another way to get to this that the jury? Had grounds to rule in the defendants favor here That were independent of initiation and favorable termination absolutely, and that's how we framed arguments your honor that the Peripheral issues here are different than the main dispute for the jury Which is about credibility and the credibility of the police officer if the jury believed the police officer Then there was probable cause and there was no malice and that's really how this case turned Is there anything in the record to suggest that the jury's verdict rested on any particular element? You know the probable cause element for example No, it was a general jury verdict and Again just to finish up on the last issue It would be plain error on on the presumption of independent judgment It's in line with the precedent that the chain of causation is broken By prosecutors intervening act the courts in this circuit have frequently employed that presumption language this court has favorably quoted it albeit in a slightly different context and the Instructions here were robust in a way that there was lengthy guidance on how police officers can initiate What was the evidence of probable cause here? Just remind me that the jury could have The light on well, it was a situation where the police officer said that he was hit by the side view mirror of the plaintiff while The police officer was giving a ticket so he was the person who was affected by the Assault and then parts then also view was both the witness and the victim of the leaving the scene Where his testimony was that the plaintiff drove away and did not stop upon his instructions Thank you very much. Mr. Cole. Yeah quickly We've been talking about initiation, but this also it's malicious prosecution could be based on initiation or continuation If you look at ja163 that was when Officer Griner signed a supporting deposition August 3rd 2011 and After that, it took eight months before we got to trial. So he continued even if there was Any issue as to doubt whether initiated or not. He continued the Prosecution and that is sufficient to ground this and the court did not give this instruction clear instruction to the jury Which is the point of making? So then with regards to the the The the points that council made about whether this I believe that Given the totality of the instruction there was plain error here It was plainly obvious that if there was a trial that resulted in an acquittal Then that is favorable Conclusion that that's the law and as judge of the law, you should have given them the law but did not Okay, thank you very much will reserve decision